IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17-cv-01057 |
| v. ) | **ELECTRONICALLY FILED** |
| ) | |
| ARCONIC, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| JANET L. SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:17-cv-01213 |
| v. ) | |
| ) | |
| ARCONIC, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 7th day of February, 2018, upon consideration of the unopposed Motion for Appointment as Lead Plaintiff, to Consolidate Cases, and to Appoint Counsel ("Motion") by Iron Workers Local 580 – Joint Funds and Ironworkers Locals 40, 361 & 417 – Union Security Funds (collectively, "Ironworkers") and Janet L. Sullivan ("Sullivan"), filed at Docket No. 2:17-cv-01057, ECF No. 49, and at Docket No. 2:17-cv-01213, ECF No. 23, and good cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated into *Howard v. Arconic, Inc. et al.*, Docket No. 2:17-cv-01057-MRH;

1

3. Ironworkers is appointed as lead plaintiff for purchasers of all Arconic securities except purchasers of Arconic Depositary Shares sold pursuant and/or traceable to Arconic's September 18, 2014, initial public offering ("Preferred IPO Purchasers") and its selection of Pomerantz LLP as lead counsel for purchasers of those securities is approved; and

4. Sullivan is appointed as lead plaintiff for Preferred IPO Purchasers and her selection of Robbins Geller Rudman & Dowd LLP as lead counsel for purchasers of those preferred shares is approved.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Hornak
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 7, 2017
cc: All counsel of record