IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-1057 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCONIC INC ET AL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW, this 21st day of June, 2019, for the reasons stated in the Opinion filed this day, IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 71) is GRANTED, and Plaintiffs' First Consolidated Amended Complaint (ECF No. 61) is dismissed without prejudice.

To the extent Plaintiffs believe that amendment would not be futile, IT FURTHER IS ORDERED that Plaintiffs may file a Second Amended Complaint ("SAC") by July 23, 2019. The SAC shall precisely specify what new allegations Plaintiffs would include in a second amended complaint to cure the deficiencies discussed in the Court's Opinion and shall also include a filed "redlined" copy of the SAC which clearly identifies the new allegations as compared against the current First Consolidated Amended Complaint. Should such SAC not be filed on or before such date, the dismissal of the First Consolidated Amended Complaint shall convert to a dismissal with prejudice without further Notice or Order. Defendants shall respond to any timely filed SAC within thirty (30) days of its filing.

Mark R. Hornak
Chief United States District Judge

cc: All counsel of record