# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTIN HOWARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARCONIC INC., KLAUS KLEINFELD, WILLIAM F. OPLINGER, ROBERT S. COLLINS, ARTHUR D. COLLINS, JR., KATHRYN S. FULLER, JUDITH M. GUERON, MICHAEL G. MORRIS, E. STANLEY O'NEAL, JAMES W. OWENS, PATRICIA F. RUSSO, SIR MARTIN SORRELL, RATAN N. TATA, ERNESTO ZEDILLO, MORGAN STANLEY & CO. LLC, CREDIT SUISSE SECURITIES (USA) LLC, CITIGROUP GLOBAL MARKETS INC., GOLDMAN SACHS & CO., J.P. MORGAN SECURITIES LLC, BNP PARIBAS SECURITIES CORP., MITSUBISHI UFJ SECURITIES (USA), INC., RBC CAPITAL MARKETS, LLC, and RBS SECURITIES INC.<br><br>Defendants. | Civ. Action No. 2:17-cv-01057-MRH<br>**(Consolidated)**<br><br>CLASS ACTION |

## PLAINTIFFS' MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARD TO PLAINTIFFS

Lead Plaintiffs Iron Workers Local 580 – Joint Funds and Ironworkers Locals 40, 361 & 417 – Union Security Funds (collectively, "Ironworkers") and Janet L. Sullivan ("Sullivan," and together with Ironworkers, "Plaintiffs"), through their undersigned counsel, individually and on behalf of the Settlement Class (defined below), respectfully move the Court under Federal Rule of Civil Procedure 23 and the Private Securities Litigation Reform Act of 1995 for the entry of an

order and final judgment, substantially in the form attached as Exhibit B to the Stipulation of Settlement, dated April 21, 2023 (Dkt. No. 220-1) (the "Stipulation"):

(1) certifying a class (the "Settlement Class"), for settlement purposes only, of all persons or entities who purchased or otherwise acquired: (i) Arconic securities between November 4, 2013 and June 27, 2017, both dates inclusive; and (ii) Arconic Depositary Shares, each representing a $1/10^{th}$ interest in a share of 5.375% Class B Mandatory Convertible Preferred Stock, Series 1, par value $1 per share, liquidation preference $500 per share pursuant and/or traceable to the Registration Statement and Prospectus issued in connection with Arconic's September 18, 2014 initial public preferred stock offering (subject to certain exclusions set forth in the Stipulation);

(2) approving the proposed Settlement as set forth in the Stipulation, resolving this action against all Defendants in exchange for the payment of $74 million (the "Settlement Amount") for the benefit of the Settlement Class;

(3) approving the proposed Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action;

(4) awarding attorneys' fees in the amount of $24,666,666.66, representing 33 ⅓% of the Settlement Amount, and litigation expenses of $822,910.28, plus interest on both amounts at the same rate and for the same period as earned by the Settlement Fund described in the Stipulation; and

(5) awarding Plaintiffs $65,000 for their service on behalf of absent class members.

Plaintiffs base this motion on the accompanying Joint Declaration of Emma Gilmore and David A. Rosenfeld, all attachments and exhibits thereto, and Plaintiffs' supporting Memorandum

of Law, all filed contemporaneously herewith, the settlement hearing scheduled to be held before the Court on August 9, 2023, at 9:30 a.m., and all pleadings, records, and papers on file herein.

Dated: July 5, 2023                                                  Respectfully submitted,

**POMERANTZ LLP**

*/s/ Emma Gilmore*
Jeremy A. Lieberman (*pro hac vice*)
Emma Gilmore (*pro hac vice*)
Justin D. D'Aloia (*pro hac vice*)
Villi Shteyn (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
egilmore@pomlaw.com
jdaloia@pomlaw.com
vshteyn@pomlaw.com

*Lead Counsel for Lead Plaintiff Ironworkers for All Shares Other Than the Defined Preferred Shares*

**ROBBINS GELLER RUDMAN & DOWD LLP**

Samuel H. Rudman
David A. Rosenfeld (*pro hac vice*)
Magdalene Economou (*pro hac vice*)
Natalie Bono (*pro hac vice*)
58 South Service Road, Suite 200
Melville, New York  11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
MEconomou@rgrdlaw.com
NBono@rgrdlaw.com

*Lead Counsel for Lead Plaintiff of the Defined Preferred Shares*

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**

Alfred G. Yates, Jr. (PA17419)
Gerald L. Rutledge (PA62027)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: (412) 391-5164
Facsimile: (412) 471-1033
yateslaw@aol.com

*Local Counsel*

**LAW OFFICES OF CURTIS V. TRINKO**

Curtis V. Trinko (*pro hac vice*)
39 Sintsink Drive West - 1st Floor
Port Washington, NY 11050
Telephone: (212) 490-9550
Facsimile: (212) 986-0158
ctrinko@trinko.com

*Additional Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2023, I served the attached document, Plaintiffs' Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees and Expenses, and Award to Plaintiffs, via the CM/ECF system to all counsel of record.

*/s/ Emma Gilmore*
Emma Gilmore
