# EXHIBIT A

*Howard v. Arconic Inc., et al.*, Case No. 2:17-cv-01057
**Exclusion Report**

| Exclusion Number | Name | Received Date |
|---|---|---|
| 1 | Daniel Verhelle | July 18, 2023 |
| 2 | Paul Joseph Johnson | July 20, 2023 |